UNITED STATES, Appellee

v

DANNY L. MURPHY, Seaman Apprentice,
U. S. Navy, Appellant

16 USCMA 245, 36 CMR 401

No. 19,199

April 29, 1966

*Major Ernest B. Wright,* USMC, argued the cause for Appellant, Ac-

cused. *Captain John P. Gleeson,* USN, was on the pleadings for Appellant, Accused.

*Commander Walter F. Brown,* USN, argued the cause for Appellee, United States. *Colonel J. E. Hanthorn,* USMC, and *Lieutenant Jean E. Van Slate,* USNR, were on the pleadings for Appellee, United States.

### Opinion of the Court

QUINN, Chief Judge:

At issue in this case is the authority of Head, Military Personnel Department, U. S. Naval Station, Treasure Island, San Francisco, California, to convene the special court-martial which tried the accused. Except for the location of the Naval Station, the jurisdictional facts are the same as those in United States v Surtasky, 16 USCMA 241, 36 CMR 397. For the reasons set out in our opinion in that case, we hold that the convening authority was competent to convene the court-martial which tried the accused. Accordingly, the decision of the board of review is affirmed.

Judges FERGUSON and KILDAY concur.